### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**MARIA ABARCA**

    Plaintiff(s),

    vs.                        **Civil Action No. 06-1254 (RCL)**

**DISTRICT OF COLUMBIA, et al.**

    Defendant(s).

## NOTICE REGARDING BULKY EXHIBITS

Pursuant to the procedures for filing documents electronically, this Notice serves as a notification that the bulky exhibits filed in this case are available at the Clerk's Office for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

                                                **NANCY MAYER-WHITTINGTON**

                                                        Clerk