UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA ABARCA, for <br> C.A., a minor, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLMBIA, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )  Civil No. 06-1254 (RCL) <br> ) <br> ) <br> ) <br> ) |

## ORDER

On consideration of the Defendants' Motion For Enlargement Of Time To Respond To Complaint, filed August 2, 2006, and it appearing that a grant of that motion would be just and proper, it is hereby

ORDERED, That the Defendants' motion is granted; and it is

FURTHER ORDERED that the time within which the Defendants may respond to the complaint herein is hereby enlarged to and including November 3, 2006.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, August 16, 2006.