IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARIA ABARCA, et al** )<br>)<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**DISTRICT OF COLUMBIA** )<br>**Defendant.** )<br>) | **Civil Action No:** |

**PRAECIPE**

To the Clerk of the Court:

**Please dismiss and mark all the Plaintiffs as settled and paid with the exception of the following:**

  1. Nureeah Brown, Parent and next friend of A.B., a minor;
  2. Joann Elvis, Parent and next friend of D.E., a minor;
  3. Monte and Malaika Foster, Parent and next friend of T.F., a minor;
  4. Ella Hinkle, Parent and next friend of J.H., a minor;
  5. Rhonda Walker, Parent and next friend of A.W., a minor; and

**Please withdraw, without prejudice, the following** :

  1. Olena Oliphant, Parent and next friend of R.G., a minor; and

**Please withdraw, with prejudice, the following**:

  1. Patricia Hassock, Parent and next friend of T.H., a minor;
  2. Jesse Dunn, Parent and next friend of K.P., a minor;
  3. Rosa Quintanilla, Parent and next friend of W.Q., a minor;
  4. Sonia Ramirez, Parent and next friend of V.Z., a minor.

Respectfully submitted,

/s/
Tilman L. Gerald [928796]
Roxanne D. Neloms [478157]
James E. Brown & Associates, PLLC
1220 L Street, NW, Suite 700
Washington, D.C.  20005
(202) 742-2000
(202) 742-2098 (fax)
***Attorneys for Plaintiffs***