IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARIA ABARCA, <u>et al</u>** )<br><br>**Plaintiffs,** )<br>)Civil Action No:06-1254<br>v. )<br>)<br>**DISTRICT OF COLUMBIA** )<br>**Defendant.** )<br>) | |

### PRAECIPE

To the Clerk of the Court:

**Please withdraw, with prejudice, the following** :

1 . Monte and Malaika Foster, Parent and next friend of T.F., a minor.

 

Respectfully submitted,

/s/ _____
Tilman L. Gerald [928796]
Roxanne D. Neloms [478157]
James E. Brown & Associates, PLLC
1220 L Street, NW, Suite 700
Washington, D.C.  20005
(202) 742-2000
(202) 742-2098 (fax)
*Attorneys for Plaintiffs*