UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA ABARCA, for C.A., a minor, et al., | : : : : |
| Plaintiffs, | : : |
| v. | : Civil Action No. 06-1254 (RCL) |
| DISTRICT OF COLUMBIA, et al., | : : : |
| Defendants. | : : |

**JOINT MOTION FOR CONSENT JUDGMENT**

The parties jointly move this Court to approve the attached Consent Judgment awarding attorney fees to Plaintiffs J.H. and A.W., and dismissing this case with prejudice.

On July 12, 2006, sixty named plaintiffs filed a Complaint for reimbursement of attorneys' fees and costs for claiming that they were "prevailing parties" in administrative proceedings pursuant to the Individuals with Disabilities Education Improvement Act of 2004, 20 U.S.C. §§ 1400 et seq. ("IDEIA") Only the claims of J.H. and A.W remain.

The parties have agreed that J.H. and A.W. are prevailing parties entitled to reasonable attorneys' fees.[1]  Since there are no other remaining claims, this case should be dismissed with prejudice.

---

[1] The amounts agreed on exclude any fees for Domiento Hill.

        Respectfully submitted,

        LINDA SINGER
        Attorney General
        for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        **/s/ *Edward P. Taptich***
        EDWARD P. TAPTICH
        Chief, Equity Section 2
        Bar Number 012914

| **/s/*Tilman L. Gerald*** | **/s/ *Amy Caspari*** |
|---|---|
| Tilman L. Gerald [928796] | Amy Caspari [#488968] |
| Brown & Associates | Assistant Attorney General |
| 1220 L St. N.W., #700 | 441 Fourth Street, N.W., 6th Fl. S |
| Washington, D.C. 20005 | Washington, D.C. 20001 |
| (202) 742-2000 | (202) 724-7794 |
| rneloms@jeblaw.biz | amy.caspari@dc.gov |
| Attorney for Plaintiffs | Attorney for Defendants |

June 29, 2007