UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA ABARCA, for C.A., a minor, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, et al., <br><br> Defendants. | : <br> : <br> : <br> : <br> : Civil Action No. 06-1254 (RCL) <br> : <br> : <br> : |

## CONSENT JUDGMENT

Upon consideration of the parties' June 29, 2007, Joint Motion for Consent Judgment, it is on this _____ day of _____, 2007, hereby

**ORDERED,** that Plaintiff J.H. is awarded $2,000.00 in settlement of any and all claims for attorneys' fees in connection with her complaint for fees filed on July 12, 2006; and it is

**FURTHER ORDERED,** that Plaintiff A.W. is awarded $4,000.00 in settlement of any and all claims for attorneys' fees in connection with the July 12, 2006, complaint; and it is

**FURTHER ORDERED,** that payment of the above amounts will be made to James E. Brown & Associates within 60 days of the date of this Order; and it is

**FURTHER ORDERED,** that this fully resolves the only remaining issue in this matter; and it is

**FURTHER ORDERED,** that this case is dismissed with prejudice.

_____
United States District Judge