UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MARIA ABARCA**, for C.A., a minor, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | Civil No. 06-1254 (RCL) |
| **DISTRICT OF COLMBIA**, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

### ORDER ON CONSENT JUDGMENT

Upon consideration of the parties' June 29, 2007 Joint Motion for Consent Judgment, it is hereby

ORDERED that plaintiff J.H. is awarded $2000.00 in settlement of any and all claims for attorneys' fees in connection with her complaint for fees filed on July 12, 2006; it is further

ORDERED that plaintiff A.W. is awarded $4000.00 in settlement of any and all claims for attorneys' fees in connection with the July 12, 2006 complaint; it is further

ORDERED that payment of the above amounts will be made to James E. Brown & Associates within 60 days of the date of this Order; it is further

ORDERED that this fully resolves the only remaining issue in this matter; and it is further

ORDERED that this case is DISMISSED WITH PREJUDICE.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, July 5, 2007.